UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 4:18-CV-549
Name of party requesting extension: Northwest Pipe Company
Is this the first application for extension of time in this case?  ☑ Yes
☐ No

If no, please indicate which application this represents: ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 08/06/18
Number of days requested: ☐ 30 days
☐ 15 days
☑ Other 14 days
New Deadline Date: 09/10/18   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Daryl W. Bailey
State Bar No.: 01520050
Firm Name: Gray Reed & McGraw, LLP
Address: 1300 Post Oak Blvd.
Suite 2000
Houston, Texas 77056
Phone: (713) 986-7125 (dd)
Fax: (713) 986-7100
Email: dbailey@grayreed.com

A certificate of conference does not need to be filed with this unopposed application.